# Exhibit A



Know your Symptoms    Tips & Triggers    My Check-Up    On-the-Go Heartburn Diary    Meal Plan

**free trial offer**

NEXIUM - taken once daily - is for people who suffer from frequent and persistent heartburn 2 or more days a week, despite treatment and changes in diet.
If your doctor decides that prescription NEXIUM is right for you, we invite you to t advantage of the 7-day FREE trial.
**To get your NEXIUM coupon:**
Supply the information requested below. ALL fields marked with an (*) are require the Submit button and your personalized coupon will appear in a separate window AstraZeneca respects your personal health information. The information you provi be used to send you health-related materials and to develop products, services, a programs. AstraZeneca, or third parties working on our behalf, will not sell or rent personal health information. Please visit www.azprivacystatement.com to review c Privacy Statement.
**Yes! I'd like to get a 7-Day Free Trial Coupon.**

- Learn More about NEXIUM
- Questions to ask your doctor
- Learn about Tips and Triggers

**step one**

First Name* [    ]    Last Name* [    ]
Address* [    ]
City* [    ]    State* [Select]    Zip* [    ]
E-mail Address [    ]    Privacy Statement
Are you registering for yourself?*  Yes ⦿  No ○
Which medication do you primarily use for heartburn? [Choose one:]

☐ Yes, send me information on NEXIUM and related health information.
☐ Yes, send me information on all AstraZeneca products, programs, and services that may be of interest to me.    [Submit]

For US residents only
Fields marked with a red asterisk ("*") are required.

If you no longer wish to receive information via e-mail, please click here.

## step two

Print out your personalized coupon and ask your doctor if the Purple Pill is right fo Follow the instructions on the coupon to redeem for a free 7-day trial of NEXIUM.

## step three

Don't let acid reflux disease hold you back.

Talk to your doctor or healthcare professional to see if NEXIUM is right for you. Most erosions heal in 4 to 8 weeks with NEXIUM. The most common side effects of NEXIUM are headache, diarrhea, and abdominal pain. Symptom relief does rule out serious stomach conditions. Please read the important Product Information about NEXIUM and discuss it with

https://www.purplepill.com/common/101.freecertificate_reg.asp                2/5/2005