# Exhibit 7

## FIRM RESUME FOR ZIMMERMAN REED, P.L.L.P.

ZIMMERMAN REED has been class counsel in some of the largest and most complex cases throughout the United States. We represent individuals, groups, and companies in federal and state courts. The firm's practice includes a wide range of legal issues and class actions involving dangerous or defective products, especially drugs and medical devices, consumer financial services, food contamination, health insurance coverage, environmental torts, contract disputes, human rights violations, and securities and anti-trust violations. Zimmerman Reed has an "AV" rating from Martindale Hubbell. A list of our class action cases is included below.

### ZIMMERMAN REED PARTNERS:

CHARLES S. ZIMMERMAN is a founding partner of the firm. He has been continuously engaged in the private practice of law since 1972. Mr. Zimmerman is a 1972 graduate of the University of Minnesota School of Law and also received his undergraduate degree from the University of Minnesota. Mr. Zimmerman focuses his practice on complex and multi-district litigation, and he has participated in numerous national and multi-state class actions. He has been appointed lead counsel and to the National Steering Committee in many national class actions in Securities, Consumer, Mass Tort, Product Liability, and Toxic Tort cases. Mr. Zimmerman is currently serving as co-lead counsel in MDL 1431, involving thousands of lawsuits concerning the pharmaceutical drug Baycol.® Mr. Zimmerman is a member of the Zimmerman Reed Castano tobacco litigation team which received the "Breath of Life" award from the American Lung Association in 2000. This award is presented to recognized persons or groups who have been

dedicated to community service. Mr. Zimmerman has been named a "Super Lawyer " in 2000 and 2001 by his peers in Minnesota as compiled by *Minnesota Law & Politics*.

Charles Zimmerman is a member in good standing of the Bar of the State of Minnesota as well as the United States District Court for the District of Minnesota, the United States District Court for the District of Ohio, the United States District Court for the District of California, and the Third, Sixth, Seventh, Eighth, and Eleventh Circuit Courts of Appeals.

Mr. Zimmerman lectures and has taught courses for the Minnesota State Bar Association Continuing Legal Education, University of Minnesota School of Law, William Mitchell College of Law, the Minnesota Trial Lawyers Association (MTLA), and Association of Trial Lawyers of America (ATLA). Mr. Zimmerman has also lectured and served as a member of the faculty at Mealey's "Norplant Conference," Mealey's "Breast Implant Conferences," Mealey's "Propulsid Conference," and Andrew's Publications' "Medical Devices Litigation Conference", as well as numerous conferences on the subject of Tobacco Litigation and "Youth and Addiction." Mr. Zimmerman has also been a guest lecturer at the University of Minnesota School of Law in conjunction with course work prepared by Professor Robert J. Levy, and the William Mitchell College of Law in conjunction with course work prepared by the Honorable Thomas Carey, on the subject of Complex Litigation.

Mr. Zimmerman is a member of the Association of Trial Lawyers of America (ATLA) and the Minnesota Trial Lawyers Association (MTLA), the Federal Bar, the Minnesota State Bar Association, the Hennepin County Bar Association, and the Bar Associations of the Fifth and Eighth Federal District Courts.

\*\*\*

2

**BARRY G. REED** is a founding partner of the firm. He has been in practice since 1977 when he joined the law firm of Robins, Davis, and Lyons as an associate. In 1982 Bucky Zimmerman and Barry Reed formed the firm now known as Zimmerman Reed. Mr. Reed directs the firms in the areas of Practice Management and Professional Development as well as serving as mentor to the firm's associate attorneys.

Mr. Reed focuses on complex litigation and has a long history representing consumers in many large class action cases including cases: contesting the legality of lender payments to mortgage brokers; involving allegations of improper mortgage escrow accounting practices; and challenging the legality of credit card-financed Internet gambling transactions; and disputing credit card company practices.

A native of England, Barry G. Reed is a 1977 graduate of the University of California at Los Angeles School of Law. He received his B.A., *summa cum laude,* from U.C.L.A. in 1974. He is also a member of Phi Beta Kappa. Barry has made a number of conference and CLE presentations including, "Internet Sales of Consumer Financial Services: Emerging E-Commerce Litigation Issues"at "Consumer Financial Services Litigation 2000" sponsored by the Practicing Law Institute in April and May, 2000.

Mr. Reed is admitted to practice before, and is a member in good standing of, the Bars of the States of Arizona and Minnesota as well as United States District Court for the Districts of Arizona and Minnesota. He is also admitted to United States District Courts for the Districts of North Dakota, Northern District of Illinois, Eastern District of Wisconsin, and Eastern District of Michigan. He is also admitted before the Third, Sixth, Seventh, Eighth, Ninth and Eleventh Circuit Courts of

Appeals as well as the United States Supreme Court. Mr. Reed is a member of the Minnesota State Bar Association and the Hennepin County Bar Association.

***

RONALD S. GOLDSER joined Zimmerman Reed in 1985. He has been a partner in the firm since 1987 and has been Chief Financial Officer since 1994. He is also a member of the Firm's Management Committee. Prior to joining Zimmerman Reed, Mr. Goldser maintained a personal services law practice with several firms in the Twin Cities.

Mr. Goldser graduated from Yale University in 1975 where received a B.A. degree *cum laude* in Urban Studies. While at Yale, Mr. Goldser engaged in numerous poverty and consumer law endeavors including work with the Connecticut Citizen Action Group.

He received his law degree in 1978 from the University of Minnesota. While at the University of Minnesota, Mr. Goldser worked with the Alcohol and Drug Abuse Programming group within the University's College of Pharmacy. This work included counseling and supervised representation of individuals charged with drug offenses. In addition, together with others, Mr. Goldser taught Law for Health Sciences in the College of Pharmacy.

At Zimmerman Reed, Mr. Goldser focuses on both medical device mass tort litigation and consumer law litigation. These cases include Fen-Phen/Redux diet drugs, Propulsid®, Rezulin®, orthopedic bone (pedicle) screw, and other prescription medication litigation as well as collateral protection insurance and bankruptcy reaffirmation litigation.

Mr. Goldser is admitted to practice in Minnesota and Wisconsin, in the United States Courts of Appeals for the Third, Fourth, Fifth, Sixth, and Eighth Circuits, and in the United States District

4

Court for the Districts of Minnesota, Eastern Wisconsin, Western Wisconsin, and North Dakota. He is a member of the Minnesota State Bar Association and the Hennepin County Bar Association.

\*\*\*

**ROBERT R. HOPPER** has been a partner in the firm since 1991 after being Of Counsel for a short time. Mr. Hopper's practice focuses on complex civil litigation and government relations, with an emphasis on the public policy, legislative, and substantive legal issues that lie at the nexus of these two disciplines. Prior to joining Zimmerman Reed, Mr. Hopper practiced with Larkin, Hoffman, Daily & Lindgren in that firm's Government Relations and Litigation Departments. He also has held numerous positions in the public and private sectors including: work on a White House - sponsored urban education program in inner city Atlanta and both Harlem and the South Bronx, New York City; Manager of Public Affairs for the Cummins Engine Company and as Program Officer in its corporate foundation; as Director of State Development Planning for the State of Minnesota; as an Advisor on a special Economic Development program serving Minnesota Governor Al Quie; and Finance Director for the successful Ramstad for Congress Campaign.

Mr. Hopper is a 1976 graduate with honors of the University of Tennessee, where he majored in Psychology and Pre-med. In his senior year, Mr. Hopper was distinguished by the Dean of the College of Liberal Arts for outstanding work on "Off-Campus/Independent Study." Mr. Hopper also studied Political Philosophy and Social Ethics at the Hubert H. Humphrey Institute of Public Affairs at the University of Minnesota and at the Union Theological Seminary in New York City.

Mr. Hopper is a 1987 graduate of the William Mitchell College of Law. Upon graduation, Mr. Hopper was awarded the Excellence in Trial Advocacy Award having been previously

5

distinguished by the ATLA - Association of Trial Lawyers of America - through a National Trial Competition as one of the top ten student trial advocates in the United States.

Mr. Hopper is admitted to practice in all courts in Minnesota and several Federal Courts including the United States District Court for the District of Minnesota; the United States District Court for the District of Arizona; the Eighth Circuit Court of Appeals; and, the Eleventh Circuit Court of Appeals. Mr. Hopper is a member in good standing of the American Bar Association, the Minnesota State Bar Association and the Hennepin County Bar Association, as well as a member in good standing of both ATLA and the Minnesota Trial Layers Association. Mr. Hopper is also a member of the Minnesota Governmental Relations Council and a founding member of the Winston S. Churchill Center for Policy Studies at George Washington University, Washington, D.C. Mr. Hopper has also been a member of the adjunct faculty at William Mitchell College of Law teaching "Corporate Ethics and Advising Corporate Clients." Mr. Hopper is chair of the CLE "Dealing with the Media in High Profile Cases" and is a member of the faculty, along with Mr. Zimmerman, in the CLE "Managing Complex Litigation."

\*\*\*

**J. GORDON RUDD, JR.** is a partner with Zimmerman Reed practicing in the areas of commercial class action litigation and complex mass tort litigation. Mr. Rudd is a member of the firm's Management Committee and is the partner in charge of the Minneapolis office operations.

Mr. Rudd concentrates his practice in complex consumer and product liability class actions. He has been appointed class counsel in cases venued in state and federal courts throughout the country. Presently, Mr. Rudd is serving as liaison counsel and as a member of the Executive Committee in the multi district litigation entitled, *In re St. Jude Silzone® Heart Valves Product Liab.*

6

*Litig.,* MDL 1396, in which the Honorable John R. Tunheim has certified national classes on behalf of personal injury and medical monitoring classes. Mr. Rudd was also appointed lead settlement class counsel in *Fischl v. Direct Merchants Bank,* Hennepin County District Court, Fourth Judicial District, State of Minnesota, Court File No. CT 00-007129. Mr. Rudd is currently serving as co-counsel in *Kurvers v. National Computer Systems,* Hennepin County District Court, Fourth Judicial District, State of Minnesota, Court File No. 00-11010, a class action in which students were incorrectly told they had failed the 2000 Minnesota Basic Standards Test. Mr. Rudd was also a contributor to the *Report on Mass Tort Litigation* presented to Chief Justice Rehnquist in 1999.

He is a 1986 graduate of Connecticut College and a 1991 graduate of the University of Cincinnati College of Law where he received the American Jurisprudence Award in legal research and writing. Mr. Rudd also attended Bowdoin College and studied in London, U.K. during his undergraduate training.

Mr. Rudd is admitted to practice before, and is a member in good standing of, the Bar of the State of Minnesota and the United States District Court for the District of Minnesota. Mr. Rudd is also admitted to the United States Court of Appeals for the Eighth Circuit. He has also been admitted to appear *pro hac vice* in cases pending in the states of California, Oregon, Arizona, New Mexico, Texas, North Dakota, Ohio, Florida, Georgia, Tennessee, and Michigan. He is a member of the Minnesota State Bar Association and the Hennepin County Bar Association.

\*\*\*

CAROLYN GLASS ANDERSON is a partner with Zimmerman Reed practicing primarily in the area of shareholder actions and complex litigation. Ms. Anderson is also a member of the firm's management committee.

7

Ms. Anderson graduated from Trinity College, where she received a Bachelor of Arts degree, *cum laude*, in Psychology. She received her law degree *cum laude* from Hamline University School of Law where she was a Dean's Scholar, received the Cali Award for Excellence in Constitutional Law, and was on Hamline Law Review. Her case note article was selected for publication. Carolyn also studied law at Hebrew University in Jerusalem, Israel in course-work focusing on Law, Religion, & Ethics.

Carolyn has concentrated her practice in large, complex cases focused on securities transactions, shareholder litigation and toxic tort litigation. Carolyn has successfully represented consumers in tobacco litigation, investors with claims of corporate insider tradings and communities injured by environmental torts. Carolyn is a member of the Zimmerman Reed *Castano* tobacco litigation team which received the "Breath of Life" award from the American Lung Association in 2000. This award is presented to recognized persons or groups who have been dedicated to community service.

In addition to her involvement in complex litigation, Carolyn has extensive experience in qualitative research, conducting business, consumer, and jury research. She provides jury research consulting for law firms nation-wide, for the United States District Court, District of Minnesota, and has served as a Minnesota Institute for Legal Education faculty member in the area of jury research.

Carolyn is admitted to practice before, and is a member in good standing of, the Bar of the State of Minnesota, the United States District Court for the District of Minnesota and the Court of Appeals for the Eighth Circuit. She is a member of the Association of Trial Lawyers of America, the Federal Bar Association, the Minnesota Bar Association, and the Hennepin County Bar Association.

8

\*\*\*

**HART L. ROBINOVITCH** is a partner with Zimmerman Reed practicing in the areas of consumer class action litigation, primarily in the areas of mortgage banking, shareholder actions and general civil and business litigation.

Over the past several years, he has represented clients in a series of class action lawsuits contesting mortgage lenders' excessive billing and deposits practices for mortgage escrow accounts. Mr. Robinovitch is now involved in numerous federal court lawsuits around the country alleging that mortgage banks and lenders have violated federal and state laws. These cases allege payment of kickbacks and/or illegal and unearned referral fees by the banks and lenders to mortgage brokers who refer mortgage clients who are then charged inflated interest rates on the mortgages. He also represents consumers in other actions contesting the imposition of overcharges and improper fees in various mortgage transactions.

Mr. Robinovitch, a native of Canada, is a 1992 graduate of the University of Toronto Law School. He served as an Associate Editor on the University of Toronto Faculty of Law Review. He is also a 1993 *magna cum laude* graduate of William Mitchell College of Law. He received his B.S. in 1989 from the University of Wisconsin-Madison.

Hart Robinovitch is admitted to practice before, and is a member in good standing of, the Bars of the States of Arizona and Minnesota and the United States District Court for the Districts of Arizona and Minnesota. He is also admitted to United States District Courts for the Northern and Middle Districts of Alabama, Northern District of Georgia, the District of Hawaii, and the Northern District of Oklahoma. Mr. Robinovitch is also admitted to practice before the United States Courts

9

of Appeals for the Sixth, Eighth, Ninth and Eleventh Circuits. Hart is a member of the National Association of Consumer Advocates.

\*\*\*

**ROBERT C. MOILANEN** is a partner with Zimmerman Reed, practicing in the areas of securities litigation, accountant malpractice litigation and commercial litigation. Mr. Moilanen was selected by Minnesota judges to receive the Judge's Choice Award as one of the most courteous, most prepared and "winningest" lawyers in the State of Minnesota. He carries an AV rating with Martindale-Hubbell and was recognized by Minnesota Law and Politics as a "Super Lawyer" in 2000 and 2002.

Bob has been practicing law for 25 years; his extensive experience includes working on Capitol Hill for Senators Walter Mondale and Hubert Humphrey, working in the Office of the Vice President for Walter Mondale and working for the Attorney General's Office of the State of Minnesota representing the Minnesota Pollution Control Agency. Mr. Moilanen was an associate and partner at the law firm of Popham, Haik, Schnobrich & Kaufman for 16 years before beginning his own law practice.

Bob is a 1973 graduate of Gustavus Adolphus College, where he majored in Political Science and Environmental Studies. In 1977, he received his J.D. degree from George Washington University Law School. Bob's most recent articles include an analysis of the Sarbanes-Oxley Act published in Minnesota Lawyer in July, 2002.

\*\*\*

10

TIMOTHY J. BECKER is a partner with Zimmerman Reed, practicing primarily in the areas of a

complex commercial litigation and anti-trust. Mr. Becker's work includes cases with an

emphasis in complex commercial and anti-trust issues including Bankruptcy Reaffirmation and

*In re Vitamin* anti-trust litigation.

Mr. Becker is a 1992 graduate of the University of Illinois -Chicago where he received a B.A. in

History. In 1995, he received his *Juris Doctorate* from William Mitchell College of Law where

he graduated *cum laude*. Mr. Becker served as a Staff Member of the William Mitchell Law

Review from 1993 to 1994, and as an Associate Editor from 1994 through 1995. He has been a

member of the Minnesota Bar since 1995 and the Federal Bar since 1997.

Mr. Becker is a member of the Minnesota Trial Lawyers Association and Minnesota State Bar

Association. In 1999 he was recognized by Minnesota Law and Politics as a "Rising Young

Star" and in 2000 was inducted into Stratmore's Who's Who. His publications include *Is the*

*Doctor In? Reasonableness and the Neal Decision*, Hennepin County Lawyer, 1998.

\*\*\*

## ZIMMERMAN REED ASSOCIATES:

DAVID M. CIALKOWSKI joined Zimmerman Reed as an attorney practicing in the area of

complex and mass tort litigation and class action litigation with a primary focus on consumer

protection and products liability litigation.

Mr. Cialkowski graduated in 1995 from the University of Illinois's College of Liberal

Arts and Sciences *cum laude* with High Distinction in the Department of English. In addition to

participating in the honors program as a James Scholar, Mr. Cialkowski received the Elizabeth

11

and Charles Ellis Merit Scholarship and was a member of Phi Beta Kappa. Mr. Cialkowski graduated in 1998 from the University of Illinois College of Law, where he participated in the civil litigation clinic, was an editor for the Poetic Justice literary magazine, and was voted one of the top ten percent of university teaching assistants.

Mr. Cialkowski is admitted to practice before, and is a member in good standing of, the Bars of the State of Minnesota and the State of Illinois. He is also a member of the Minnesota State Bar Association and Hennepin County Bar Association.

\*\*\*

**STACY K. HAUER** primarily represents clients who have been injured as a result of defective drugs or faulty medical devices. For the past two years, she has focused much of her practice on the Baycol MDL pharmaceutical litigation. Ms. Hauer's extensive background in biochemistry and pharmaceuticals make her uniquely qualified for drug and device litigation.

Ms. Hauer graduated cum laude from the University of Minnesota Law School. She also received a Masters Degree from the College of Pharmacy at the University of Minnesota. Ms. Hauer's graduate education provides her with an understanding of the science behind pharmaceuticals, including how they are created along with how they function. Stacy received her Bachelor degree in Biochemistry, Molecular Biology and Chemistry from the University of Minnesota, Duluth.

Additionally, Stacy also has a background working in the health care industry which has given her a compassionate perspective in advocating for clients who have been injured by defective drugs and medical devices.

\*\*\*

12

ANNE T. REGAN practices primarily in the areas of consumer protection litigation and securities litigation. Ms. Regan's distinct life experiences and uncompromising standards have shown her to be a positive addition to the firm. Her personal ethics combined with her appreciation of the law has gained her recognition both within and outside of the legal community.

Ms. Regan graduated from the University of Minnesota Law School cum laude. Prior to law school she attended Washington University in St. Louis, Missouri where she graduated magna cum laude and was a member of Phi Beta Kappa. Ms. Regan has extensive experience in legal writing, serving as a Managing Editor of the Minnesota Law Review and as a legal writing instructor at the University of Minnesota. Anne is admitted to practice law in the states of Minnesota and Illinois.

Ms. Regan also brings significant international experience to her work. She is certified in European Union Law, and previously worked in Budapest, Hungary. In 1989, Ms. Regan received the Certificate of German as a Foreign Language while studying at Goethe Institut in Göttingen, Germany.

\*\*\*

GREGORY P. SAUTTER practices primarily in the areas of consumer protection and toxic tort. Prior to joining Zimmerman Reed, Mr. Sautter worked in the office of Judge Gary Larson of the Hennepin County District Court.

Mr. Sautter is currently a member of the Individual Ready Reserves, after resigning from active duty as a Captain in the U.S. Army. During his military service, Mr. Sautter served in the Judge Advocate General's (JAG) Corps in the Republic of Korea. He also served as a military

13

Trial Defense Attorney, representing soldiers in Germany, Bosnia, Kosovo, Macedonia, Kuwait, Afghanistan and Italy.

Mr. Sautter received his law degree from Georgetown University Law Center. Prior to law school, Greg studied Russian at the University of Oregon where he graduated with Honors. Mr. Sautter is licensed to practice law in Minnesota and California. Greg is fluent in Russian and proficient in German.

Greg's distinguished experience and global perspective give him a unique approach to the law.

*** 

ZIMMERMAN REED CASES:

In the following certified class actions, Zimmerman Reed has served as Class Counsel:

## ALABAMA STATE COURT ACTIONS

*Gray v. Columbia National, Inc.*, Circuit Court of Jefferson County, Court File No. 94-006668

*Maddox v. Magnolia Federal Bank*, Circuit Court of Jefferson County, Court File No. 94-2702

*Bell v. Prudential Home Mortgage Company, Inc.*, Circuit Court of Montgomery County, Court File No. CV-94-2717-G

## ARIZONA STATE COURT ACTIONS

*McLaughlin v. Abbott Laboratories*, No. CV 95-0628 (Super. Ct., Yavapai County)

*Verity v. Bank One Arizona*, Maricopa County, Arizona Superior Court No. 97-13019

## CALIFORNIA STATE COURT ACTIONS

*Pickett. v. Blue Cross of California*, Los Angeles County Superior Court, Court File No. BC-133-886

*Diamond v. Avco*, Monterey County Superior Court, Court File No. M38427

14

## DISTRICT OF COLUMBIA

*Goda v. Abbott Laboratories*, No. 01445-96 (Super. Ct., D.C.)

## FLORIDA STATE COURT ACTIONS

*Yasbin v. Abbott Laboratories*, No. 97-01141 CA 03 (Cir. Ct. Dade County)

## NORTHERN DISTRICT OF ILLINOIS

*Calkins v. Fidelity Bond & Mortgage Company*, United States District Court, Court File No. 94-C-5971

*Bradford v. Independence One Mortgage*, United States District Court, Court File No. 94-C-1742

*Mark v. KeyCorp Mortgage, Inc.*, United States District Court, Northern District of Illinois, MDL No. 899

*Glenos v. GL Mortgage Corp.*, United States District Court, Northern District of Illinois, Court File No. 94-CV-6393

*Robinson v. Marine Midland Banks, Inc.*, United States District Court, Northern District of Illinois, Court File No. 95-C-5635

*Goss v. Alliance Mortgage*, United States District Court, Northern District of Illinois, MDL No. 899

*Cusack v. Bank United of Texas*, United States District Court, Northern District of Illinois, Court File No. 95-C-544

*Finkelstein v. Bluebonnet Savings Bank, FSB*, United States District Court, Northern District of Illinois, Court File No. 96-C-2361

*Pieper v. D&N Savings Bank, FSB*, United States District Court, Northern District of Illinois, Court File No. 96-C-545

*Larson v. First Security Savings Bank*, United States District Court, Northern District of Illinois, Court File No. 96-C-541

*Basmoen v. Inland Mortgage Corp.*, United States District Court, Northern District of Illinois, Court File No. 96-C-2322

*Keck v. National City Mortgage*, United States District Court, Northern District of Illinois, Court File No. 96-C-543

*Dusterhoft v. Security Federal Savings Bank*, United States District Court, Northern District of Illinois, Court File No. 96-C-545

*Wuebben v. Colonial Savings Bank*, United States District Court, Northern District of Illinois, Court File No. 96-C-3412

*Bastin v. First Indiana*, United States District Court, Northern District of Illinois, Court File No. 95-C-4085

*Boehly v. First Federal Bank*, United States District Court, Northern District of Illinois, Court File No. 96-C-0936

## KANSAS STATE COURT ACTIONS

*Holdren v. Abbott Laboratories*, No. 96C15994 (Dist. Ct., Johnson County)

## LOUISIANA STATE COURT ACTIONS

*Scott v. American Tobacco Co.*, No. 96-8461, Parish of Orleans

## MAINE STATE COURT ACTIONS

*Karofsky v. Abbott Laboratories*, No. CV-95-1009 (Super. Ct., Cumberland County)

## MICHIGAN STATE COURT ACTIONS

*Wood v. Abbott Laboratories*, No. 96-512561-CZ (Cir. Ct., Oakland County)

## MINNESOTA STATE COURT ACTIONS

*Patrick & Kerry Mitchell v. Chicago Title Insurance Company*, Hennepin County District Court, Fourth Judicial District, State of Minnesota, Court File No. 02-107299

*Jerome H. Schlink v. Edina Realty Title*, Hennepin County District Court, Fourth Judicial District, State of Minnesota, Court File No. 02-18380

*Trixie Edwards v. Long Beach Mortgage Co.*, Hennepin County District Court, Fourth Judicial District, State of Minnesota, Court File No. 02-16446, consolidated with *Donald & Kimberly White, et al. v. Washington Mutual, Inc., et al.*, Court File No. 03-1282.

*Charles & Lynette Graham v. Knutson Mortgage Corp.*, Hennepin County District Court, Fourth Judicial District, State of Minnesota, Court File No. 94-11043

*Mayard v. United Mortgage Corp.*, Hennepin County District Court, Fourth Judicial District, State of Minnesota, Court File No. 94-10818

*Miller v. FBS Mortgage Corp.*, Hennepin County District Court, Fourth Judicial District, State of Minnesota, Court File No. 94-13743

*Porch v. General Motors Acceptance Corporation*, Hennepin County District Court, Fourth Judicial District, State of Minnesota, Court File No. 97-7457

*Kerr v. Abbott Laboratories*, Hennepin County District Court, Fourth Judicial District, State of Minnesota, Court File No. 96-2837

*Fontaine v. Abbott Laboratories*, Hennepin County District Court, Fourth Judicial District, State of Minnesota, Court File No. 97-012124

*Wright, v. Malt-O-Meal Company*, Hennepin County District Court, Fourth Judicial District, State of Minnesota, Court File No. 98-008931

*In re Salmonella Litigation*, Hennepin County District Court, Fourth Judicial District, State of Minnesota, Court File No.94-16304

*Fischl v. Metris,* Hennepin County District Court, Fourth Judicial District, State of Minnesota, Court File No. CT 00-007129

*Kurvers, et al. v. National Computer Systems,* Hennepin County District Court, Fourth Judicial District, State of Minnesota, Court File No. 00-11010

## SOUTHERN DISTRICT OF MISSISSIPPI

*Ballance v. Hibernia National Bank*, Southern District of Mississippi, No. 1:96CV13GR

## NEW YORK STATE COURT ACTIONS

*Levine v. Abbott Laboratories*, No. 95-117320 (Sup. Ct. New York County)

*Zukauskas v. Atlantic Residential Mortgage Corp.*, County of Monroe, Supreme Court of New York Court File No. 11409-93

*Ward v. First Federal Savings and Loan Assoc. of Rochester*, County of Monroe, Supreme Court of New York, Court File No. 8136-93

*Reigle v. Sibley Mortgage Corp.*, County of Monroe, Supreme Court of New York, Court File No. 5897-93

## NORTH CAROLINA STATE COURT ACTIONS

*Long v. Abbott Laboratories*, No. 97-CV-8289 (Super. Ct. Mecklenburg County)

## OHIO STATE COURT ACTIONS

*Cairns v. Ohio Savings Bank*, Common Pleas of Cuyahoga County, Ohio, Court File No. 270875

## SOUTHERN DISTRICT OF OHIO

*Dante v. Dow Corning*, (S.D. Ohio 1992)

*In re Telectronics Pacing Systems, Inc.*, MDL 1057 (S.D. Ohio)

## PENNSYLVANIA STATE COURT ACTIONS

*Herrmann v. Meridian Mortgage Corp.*, Court of Common Pleas Philadelphia County, Court File No. 1381

## TENNESSEE STATE COURT ACTIONS

*Dearmon v. Mercury Finance Tennessee*, Williamson County Chancery Court, File No. 24583

*Meyers v. Abbott Laboratories*, No. 97C612 (Cir. Ct., Davidson County)

## WISCONSIN STATE COURT ACTIONS

*Scholfield v. Abbott Laboratories*, No. 96 CV 0460 (Cir. Ct., Dane County)

## CASES SETTLED

Cress v. Sara Lee, Circuit Court of Cook County, State of Illinois, Court File No. 98 L 15072

*Wentworth v. First Bank National Association*, Hennepin County District Court File No. 95-10295

*Cooksey v. Hawkins Chemical Company*, Hennepin County District Court File No. 95-3603

*Ziefel v. M&T Bank*, United States District Court, Northern District of Illinois, MDL No. 899

*Markowitz v. Ryland Mortgage Company*, United States District Court, Northern District of Illinois, Court File No. 94-C-7682

*Murray v. Shawmut Mortgage Company*, County of Monroe, Supreme Court of New York, Court File No. 3037-94

*Singleton v. Dale Mortgage Bankers Corp.*, County of Monroe, Court File No. 8135-93

*Pecorella v. Emigrant Savings Bank*, County of New York, Court File No. 125889-94

*Trotman v. Market Street Mortgage Corp.*, Circuit Court of Montgomery County, State of Alabama, Court File No. CV-94-2716-PH.80

*Jackson v. Compass Bank*, Circuit Court of Shelby County, State of Alabama, Court File No. 95-520

*Kessler v. First Federal of Alabama,* Circuit Court of Jefferson County, State of Alabama, Court File No. CV-94-6140

*Searcy v. Victoria Mortgage Co.*, United States District Court, Northem District of Illinois, MDL No. 899

*Gretchen De Boer v. Mellon Mortgage Company*, United States District Court, District of Minnesota, Court File No. 4-92-822

*Gleeson v. Superior Mortgage Corporation*, United States District Court, District of Minnesota, Court File No. CV 4-93-70

*Gina G. & Rollin Neist v. Shearson Lehman Hutton Mortgage Corp.*, United States District Court, Central District of California No. 91-6369 WMB(GHKx)

*Wingate v. Bank of America*, United States District Court, Central District of Califomia No. CV-92 5786 MRP(SHx)

*Douglas Schultz; James & Andrea Hawkins v. J.I. Kislak Mortgage Corp.*, Superior Court of California, County of Contra Costa No. C91-01541

*Bridgewater v. Sunbelt National Mortgage Corp.*, Superior Court of California, County of Marin, Court File No. 158424

*Gary R. & Deborah L. v. Leader Federal Bank for Savings*, United States District Court, District of Minnesota No. 4-91-516

*Daniel & Suzanne Kruse v. Barclays American/Mortgage Corp.*, United States District Court, District of Minnesota, Court File No. 4-92-197

*Beth Wills v. Cenlar Federal Savings Bank*, United States District Court, District of Minnesota, Court File No. 4-92-202

*Thomas J. & Therese Johnston v. Comerica Mortgage Corp.*, United States District Court, District of Minnesota, Court File No. 4-91-675

*Karin E. & David M. Danforth v. First Union Mortgage Corp.*, United States District Court, District of Minnesota, Court File No. 4-91-457

*Phillippa & Kenneth Saunders v. Metropolitan Financial Mortgage Corp.*, United States District Court, District of Minnesota, Court File No. 4-92-195

*Terry & Larry Jacobson v. Midland Mortgage Co.*, United States District Court, District of Minnesota, Court File No. 4-91-443

*Louis H. & Sue v. Sears Mortgage Corp.*, United States District Court, District of Minnesota, Court File No. 4-91-477

*Kenneth J. & Karen Bovy v. Lumbermen's Investment Corp.*, United States District Court, District of Minnesota, Court File No. 4-91-766

19

*Nelson v. Investors Savings Bank F.S.B.*, United States District Court, District of Minnesota, Court File No. 4-92-919

*Littler, et al. v. Twin City Federal Mortgage Corp.*, United States District Court, District of Minnesota, Court File No. 4-92-998

*Julio A. & Stacy J. Fesser v. Household Mortgage Services, Inc.*, Hennepin County District Court, Fourth Judicial District, State of Minnesota, Court File No. 91-011595

*Nasset v. Margaretten & Co., Inc.*, Hennepin County District Court, Fourth Judicial District, State of Minnesota, Court File No. 94-9240

*Strommer v. GE Capital Mortgage Services, Inc.*, Hennepin County District Court, Fourth Judicial District, State of Minnesota, Court File No. 92-16064

*Harlow Robinson and Fantastic Enterprises v. Fleet Mortgage Corp. and Fleet Real Estate Funding Corp.*, United States District Court, Northern District of Illinois No. 91-C-7019

*Charles H. & Pamela K. Puleston v. Chase Home Mortgage Corp.*, United States District Court, Northern District of Illinois, Court File No. 95 C 3318

*Glen and Sheila Allen v. Citicorp Mortgage Co.*, United States District Court, Northern District of Illinois, Court File No. 91-C-7020

*Paul Turney v. Lomas Mortgage U.S.A., Inc.*, United States District Court, Northern District of Illinois, Court File No. 91-C-7018

*Kathleen D. Morton v. BancPLUS Mortgage Corp.*, United States District Court, District of Minnesota, Court File No. 4-92-198

*Lake v. First Nationwide Bank*, United States District Court, Eastern District of Pennsylvania, Court File No. 93-0021

*Stefani v. American Home Funding, Inc.*, United States District Court, Western District of New York, Court File No. 93-CV-0093S

*Lyons v. Atlantic Mortgage & Investment Corp.*, County of Monroe, Supreme Court of the State of New York, Court File No. 11410-93

*Hurley v. Citizens Mortgage Service Co.*, County of Monroe, Supreme Court of New York, Court File No. 9862-93

*Murphy, v. The Dime Savings Bank of New York*, County of Queens, Supreme Court of New York, Court File No. 012712-93

*Troy v. Onbancorp*, County of Orleans, Supreme Court of New York, Court File No. 93-21061

*Gallardo v. PHH U.S. Mortgage Corp.*, County of Niagara, State of New York, Court File No. 085444

*Thomason v. Bisys Loan Services, Inc.*, Circuit Court of Jefferson County, State of Alabama, Court File No. CV-94-2756

*Williams v. First NH Mortgage Corp.*, Circuit Court of Jefferson County, State of Alabama, Court File No. CV-94-5993

*Hope v. STM Mortgage Company*, Circuit Court of Jefferson County, State of Alabama, Court File No. CV-94-3194

*Reed v. Banc One Mortgage Corp.*, Marion Supreme Court, County of Marion, Court File No. 49D02-9310-CP-1113CZ

*Verity v. Bank One Arizona*, Maricopa County, Arizona Superior Court No. 97-13019

## ZIMMERMAN REED, P.L.L.P. HAS ALSO BEEN INVOLVED IN THE FOLLOWING NATIONAL MULTI-DISTRICT LITIGATION CASES:

*In re: Baycol Products Litigation* MDL 1431 (Co-Lead Counsel)

*In re: Breast Implant Litigation* MDL 926 (Member of settlement committee; co-state liaison for Minnesota)

*In re: Mortgage Escrow Litigation* MDL 899 (Lead counsel)

*In re: TMJ Implant Litigation* MDL 1001 (Member of Plaintiffs Steering Committee)

*In re: Orthopedic Bone Screw Litigation* MDL 1014 (Member of Discovery Committee)

*In re: Telectronics Pacemaker Litigation* MDL 1057 (Member of Plaintiffs Steering Committee

*In re: Propulsid Products Liability Litigation* MDL 1355 (Member of Plaintiffs' Steering Committee)

*In re: Sulzer Inter-Op Orthopedic Hip Implant Litigation* MDL 1401 (special counsel to Plaintiffs Steering Committee)

## ZIMMERMAN REED, P.L.L.P. HAS ALSO BEEN COUNSEL FOR THE CLASS IN THE FOLLOWING MAJOR CLASS ACTIONS:

*Gustafson v. Alstead, Strangis & Dempsey*, United States District Court File No. 3-82-965

*Jenson v. Touche Ross & Co.*, Hennepin County District Court File No. 737803

*In re Flight Transportation Corporation Securities Litigation*, United States District Court Master Docket No. 4-82-874

*In re Control Data Corporation Securities Litigation*, United States District Court Master Docket No. 3-85-1341

*In re Pillsbury Corporation Securities Litigation*, Hennepin County District Court File No. 88-17834

*In re Northwest Airlines Securities Litigation,* Hennepin County District Court No. 89-5506

*In re First Bank System*, Hennepin County District Court No. 88-22227

*In re Endotronics Securities Litigation*, United States District Court Master Docket No. 4-87-130

*In re TGI Fridays Securities Litigation*, Hennepin County District Court No. 89-8362.

*Baron v. Honeywell*, United States District Court File No. 3-92-355.

*In re St. Jude Silzone® Heart Valves Product Liab. Litig.,* MDL 1396 (D. Minn)