IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JOSEPH MACKEN, on behalf of himself and all others similarly situated,

     Plaintiff,

vs.

ASTRAZENECA PHARMACEUTICALS LP; AND ZENECA, INC.,

     Defendants.

: Civil Action No. 1:05-cv-220 (SLR)

## CERTIFICATE OF SERVICE

I, A. Zachary Naylor do hereby certify that I caused to be served two copies of the Notices of Lawsuit and Requests for Waiver of Service and Summons and the Waivers of Service of Summons for AstraZeneca Pharmaceuticals, Inc. and Zeneca, Inc. in the manner indicated on April 30, 2005.

**BY HAND**
R. Judson Scaggs, Jr., Esquire
Natalie J. Haskins, Esquire
Morris Nichols Arsht and Tunnell
1201 North Market Street
Wilmington, DE 19801

**BY U.S. MAIL**
Mark E. Haddad, Esquire
Sidley Austin Brown & Wood
555 West Fifth Street
Los Angeles, California 90013

_____
A. Zachary Naylor (D.S.B.A) No. 4439)