IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PENNSYLVANIA EMPLOYEES BENEFIT TRUST FUND, on behalf of itself and all others similarly situated, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civ. No. 05-075-SLR |
| ZENECA, INC. and ASTRAZENECA PHARMACEUTICALS, L.P., | ) ) ) | |
| Defendants. | ) | |
| LINDA A. WATERS, Commissioner, Offices of Financial and Insurance Services for the State of Michigan in her capacity as Rehabilitator of The Wellness Plan and in her capacity as Liquidator of Michigan Health Maintenance Organization Plans, Inc., formerly known as OmniCare Health Plan, Inc., individually and on behalf of all others similarly situated, | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civ. No. 05-196-SLR |
| ASTRAZENECA PHARMACEUTICALS, L.P. and ZENECA, INC., | ) ) ) | |
| Defendants. | ) | |

```
JOSEPH MACKEN, on behalf of    )
himself and all others         )
similarly situated,            )
                               )
           Plaintiff,          )
                               )
     v.                        )    Civ. No. 05-220-SLR
                               )
ASTRAZENECA PHARMACEUTICALS,   )
L.P. and ZENECA, INC.,         )
                               )
           Defendants.         )
```

**ORDER FOR SCHEDULING CONFERENCE**

At Wilmington this 19th day of May, 2005,

IT IS ORDERED that:

1. A joint telephonic scheduling conference to be initiated by defendants' counsel shall be held on **Thursday, June 23, 2005, at 9:00 a.m.** for all three of the above captioned cases. See D. Del. LR 16.2.

2. Pursuant to the early disclosure requirements of Fed. R. Civ. P. 26(a)(1), counsel shall immediately exchange the following information without formal discovery requests:

   (a) identities of individuals likely to have knowledge of discoverable information that may be used to support the disclosing party's claims or defenses;

   (b) documents and things in the possession of counsel or the party that may be used to support the disclosing party's claims or defenses;

   (c) identities of experts and their opinions;

   (d) insurance agreements in force; and

    (e) statement of the basis for any damages claimed.

  Counsel should **not** file any of the aforementioned with the court.

  3. Prior to the teleconference scheduled herein, counsel shall confer pursuant to Fed. R. Civ. P. 26(f) and shall submit a discovery plan to the undersigned not later than 24 hours prior to the conference with the court. The discovery plan shall conform to the form of scheduling order found on Chief Judge Robinson's website at www.ded.uscourts.gov.

  4. At the teleconference with the court, all parties shall be represented by counsel who shall have full authority to bind their clients in all pretrial matters.

  5. If any party hereafter enters an appearance, counsel for defendants shall notify said party of the above conference and forward to that party a copy of this order.

  6. The parties shall advise the undersigned immediately if this matter has been settled or terminated so that the above conference may be canceled.

  7. Counsel are further advised that communications to the court by FAX will not be accepted.

           /s/ Sue L. Robinson
           United States District Judge