IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PENNSYLVANIA EMPLOYEES BENEFIT TRUST FUND, on behalf of itself and all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> ZENECA, INC.; and ASTRAZENECA PHARMACEUTICALS, L.P., <br><br> Defendants. | Civil Action No. 1:05-cv-75 (SLR) |
| LINDA A. WATTERS, Commissioner, Offices of Financial and Insurance Services for the State of Michigan in her capacity as Rehabilitator of The Wellness Plan and in her capacity as Liquidator of Michigan Health Maintenance Organization Plans, Inc., formerly known as OmniCare Health Plan, Inc., individually and on behalf of all others similarly situated <br><br> Plaintiff, <br><br> vs. <br><br> ASTRAZENECA PHARMACEUTICALS, LP, and ZENECA, INC., <br><br> Defendants. | Civil Action No. 1:05-cv-196 (SLR) |
| JOSEPH MACKEN, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> ASTRAZENECA PHARMACEUTICALS LP; AND ZENECA, INC., <br><br> Defendants. | Civil Action No. 1:05-cv-220 (SLR) |

## CERTIFICATE OF SERVICE

I, A. Zachary Naylor do hereby certify that I caused to be served two copies of:

**PLAINTIFFS' JOINT BRIEF IN OPPOSITION TO DEFENDANTS' MOTION FOR A CONTINUANCE OF JUNE 23, 2005 SCHEDULING CONFERENCE AND FOR A STAY OF DISCOVERY**

-and-

**AFFIDAVIT OF STEVE W. BERMAN IN OPPOSITION TO DEFENDNATS' MOTION FOR A CONTINUANCE OF JUNE 23, 2005 SCHEDULING CONFERENCE AND FOR A STAY OF DISCOVERY**

in the manner indicated below on June 14, 2005.

**BY HAND**
R. Judson Scaggs, Jr., Esquire
Natalie J. Haskins, Esquire
Morris Nichols Arsht and Tunnell
1201 North Market Street
Wilmington, DE 19801

**BY UPS**
Mark E. Haddad, Esquire
Sidley Austin Brown & Wood
555 West Fifth Street
Los Angeles, California 90013

A. Zachary Naylor (D.S.B.A. No. 4439)